## Raum v. Board of Council, City of Danville.
### Same v. Same.

(Decided December 11, 1913).

### Appeals from Boyle Circuit Court.

Appeal—Opinion—Affirming Upon Authority of Former Opinion.—The facts and legal propositions being the same as those reported in Raum v. Board of Council, City of Danville, 155 Ky., 690, these appeals are affirmed upon the authority of that opinion.

ROBERT HARDING, JOHN W. RAWLINGS for appellant.

CHENAULT HUGUELY for appellee.

Opinion of the Court by Judge Nunn—Affirming.

Appellant was convicted for violation of the local option law in two cases. In one he was fined $80.00, and in the other $60.00, with twenty days imprisonment. The facts and legal propositions involved are the same as those reported in the case decided November 11th, 155 Ky., 690.

For the reasons stated in that opinion the judgment in both of these cases is affirmed.